UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| THE RYAN N. RICE 2018 IRREVOCABLE TRUST, | ) ) ) |
| Plaintiff, | ) ) ) Case No.: 1:22-cv-03003-BPG |
| v. | ) ) |
| REHAB.COM, LLC, CCR HOLDINGS, LLC, and PATRICK NAGLE, | ) ) ) |
| Defendants. | ) |

# ORDER

Upon consideration of the Consent Motion for Extension of Time to File Responsive Pleading and Corporate Disclosure Statements (the "Consent Motion"), filed by Defendants Rehab.com, LLC, CCR Holdings, LLC, and Patrick Nagle (collectively, "Defendants"), and on the consent of Plaintiff The Ryan N. Rice 2018 Irrevocable Trust ("Plaintiff"), and good cause having been shown, it is this __12th__ day of __December__, 2022, hereby;

**ORDERED** that the Consent Motion is **GRANTED** in its entirety; and it is further

**ORDERED** that Defendants' time to file responsive pleadings to Plaintiff's Complaint and Rule 103.3 Corporate Disclosure Statements is extended to and including **January 17, 2023**.

_____
Beth P. Gesner
United States Magistrate Judge

4877-2682-1955, v. 1